**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 1:19-cv-00683-RM

SONDIA Y. ROBERTS,

    Plaintiff,

v.

KILOLO KIJAKAZI,[1] Acting Commissioner of Social Security,

    Defendant.

---

## ORDER

---

This matter is before the Court on the parties' Stipulated Motion for Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d) (ECF No. 28), filed after this Court's Judgment reversing and remanding the Acting Commissioner's decision.

Upon consideration of the Stipulated Motion, the applicable law, and being otherwise fully advised, the Court hereby **ORDERS** as follows:

1. Plaintiff's Stipulated Motion for an Award of Attorney's Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 28) is GRANTED in the amount of $4,000.00; and

2. That if, after receiving the Court's EAJA fee order the Commissioner (1) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt

---

[1] Kilolo Kijakazi is now the Acting Commissioner of Social Security and is automatically substituted as a party pursuant to Federal Rule of Civil Procedure 25(d). Section 205(g) of the Social Security Act states that an action survives regardless of any change in the person occupying the office of Commissioner of Social Security. 42 U.S.C. § 405(g).

that is subject to offset under the Treasury Offset Program, and (2) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney Ann J. Atkinson, Esq. However, if there is a debt owed under the Treasury Offset Program, and the Acting Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, the remaining EAJA fees after offset will be paid by check made payable to Plaintiff but delivered to Plaintiff's attorney Ann J. Atkinson, Esq.

DATED this 12th day of July, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge